UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                              Criminal No. 15-cr-20040

                              Honorable Judith E. Levy

Derrick Taron White, et al.,

    Defendants.

---

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS

---

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrants be unsealed because several defendants have been arrested and are entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrants.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

*s/Carl D. Gilmer-Hill*
CARL D. GILMER-HILL
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Carl.Gilmer-Hill@usdoj.gov
(313) 226-9585
CA161939

Dated:  September 30, 2015

**IT IS SO ORDERED.**

**s/ Mona K. Majzoub**
Mona K. Majzoub
United States Magistrate Judge

Entered:  October 1, 2015