UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

vs.                          Criminal No. 15-cr-20040

                             Hon. Judith E. Levy

D-2, Leshoun Deandre Byrd,

    Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, Leshoun Deandre Byrd, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT 1:    At least 10 years and up to life in prison and/or a $10 million fine.

                If subject to one enhancement under 21 U.S.C. § 851 based on a prior felony drug conviction: at least 20 years and up to life in prison and/or a $20 million fine.

                If subject to two or more enhancements under 21 U.S.C. § 851 based on prior felony drug convictions, mandatory life in prison and/or a $20 million fine.

COUNT 2:   At least 10 years and up to life in prison and/or a $10 million fine.

If subject to one enhancement under 21 U.S.C. § 851 based on a prior felony drug conviction: at least 20 years and up to life in prison and/or a $20 million fine.

If subject to two or more enhancements under 21 U.S.C. § 851 based on prior felony drug convictions, mandatory life in prison and/or a $20 million fine.

COUNT 3:   Up to 20 years, $500,000 fine, or twice the value of property involved.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
Leshoun Deandre Byrd
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Print Name:
Counsel for Defendant

Dated: 10/2/15