UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v                                      Case No. 15-CR-20040
                                       JUDITH E. LEVY
DERRICK WHITE – D1,              United States District Judge
LESHOUN BYRD – D2,
GREGORY JOHNSON – D3,
TASHUN WHITE – D6,

    Defendants.
_____/

## NOTICE TO APPEAR/SCHEDULING ORDER

- MOTIONS DUE BY:  **November 12, 2015**

The defendant is hereby notified to appear before the Judith E. Levy, United States District Judge, at 200 East Liberty Street, Ann Arbor, MI 48104 for the following proceedings:

- PLEA HEARING/CUT-OFF:  **November 30, 2015 @ 12:00 p.m.**

- FINAL PRETRIAL CONFERENCE:  **December 8, 2015 @ 1:00 p.m.**

- JURY TRIAL:  **December 14, 2015 @ 8:30 a.m.**

Dated:  October 15, 2015                         s/Judith E. Levy
       Ann Arbor, Michigan                      JUDITH E. LEVY
                                                    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 15, 2015.

                                                          s/Felicia M. Moses
                                                          FELICIA M. MOSES
                                                          Case Manager