UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v                                                                  Case No. 15-CR-20040
                                                                   JUDITH E. LEVY
DERRICK WHITE –         D1,                                        United States District Judge
LESHOUN BYRD   –        D2,
GREGORY JOHNSON   –     D3,
JIMMY MCWHERTER -       D4,
TASHUN WHITE -          D6,
KRISTIE MCWHERTER -     D7

    Defendant.
_____/

## AMENDED NOTICE TO APPEAR/SCHEDULING ORDER

- MOTIONS DUE BY:  **November 27, 2015**

The defendant is hereby notified to appear before the Judith E. Levy, United States District Judge, at 200 East Liberty Street, Ann Arbor, MI 48104 for the following proceedings:

- PLEA HEARING/CUT-OFF:  **December 15, 2015 @ 2:00 p.m.**

- FINAL PRETRIAL CONFERENCE:  **December 22, 2015 @ 10:00 a.m.**

- JURY TRIAL:  **December 28, 2015 @ 8:30 a.m.**

Dated:  November 9, 2015                         s/Judith E. Levy
    Ann Arbor, Michigan                         JUDITH E. LEVY
                                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 9, 2015.

                                                    s/Felicia M. Moses
                                                    FELICIA M. MOSES
                                                    Case Manager