UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Case No. 5:15-cr-20040

Honorable Judith E. Levy

D-1,   DERRICK TARON WHITE,
D-2,   LESHOUN DEANDRE BYRD,
D-3,   GREGORY A. JOHNSON,
D-4,   JIMMY JOSEPH McWHERTER,
D-5,   NICHOLAS SCOTT HALE,
D-6,   TASHUN YVONNE WHITE,
D-7,   KRISTIE McWHERTER,

        Defendants.
_____/

## APPEARANCE OF COUNSEL

TO:   CLERK OF THE COURT

     Please enter the appearance of JULIE A. BECK, Assistant United States Attorney, on behalf of the United States of America, with respect to criminal forfeiture matters only, in the above-entitled action. This appearance is in addition to the appearance of Assistant United States Attorney CARL D. GILMER-HILL for the United States, and is not a substitution of counsel.

|  |  |
|---|---|
|  | BARBARA L. McQUADE<br>United States Attorney<br><br>s\Julie A. Beck<br>JULIE A. BECK<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9717<br>Email: Julie.beck@usdoj.gov |
| Dated:   April 13, 2016 | [P-53291] |

## *CERTIFICATION OF SERVICE*

I hereby certify that on April 13, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                        s\Julie A. Beck
                        JULIE A. BECK
                        Assistant United States Attorney
                        211 W. Fort Street, Suite 2001
                        Detroit, Michigan 48226
                        (313) 226-9717
                        Email: Julie.beck@usdoj.gov
                        [P-53291]