UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                      Case No. 5:15–cr–20040–JEL–EAS
                                         Hon. Judith E. Levy

Leshoun Deandre Byrd, et al.,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Leshoun Deandre Byrd

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Room 100, Ann Arbor, Michigan, for the following proceeding(s):

- PLEA HEARING:  November 7, 2016 at 10:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/F. Moses
                                                            Case Manager

Dated:  October 17, 2016