## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

                      **Plaintiff,**

**-vs-**                                       **Case # 15-20040**

                                            **HON. JUDITH LEVY**

**LESHOUN BYRD,**

                      **Defendant.**

_____/

### NOTICE OF INTENTION TO ENTER GUILTY PLEA

      Now comes Leshoun Byrd, Defendant herein, by and through his attorney Steven Fishman, and notifies the Court and the government of his intention to enter a guilty plea to Count One of the indictment on November 7, 2016 at 10:30AM, the date and time scheduled for his plea hearing.

      Please be further notified that Mr. Byrd intends to enter his guilty plea without the benefit of a Rule 11 agreement because the parties are unable to agree on a sentencing guideline range.

                                            Respectfully submitted,

                                            s/ Steven Fishman
                                            Steven Fishman (P23049)
                                            Attorney for Defendant Byrd
                                            615 Griswold, Suite #1125
                                            Detroit, MI 48226
                                            (313) 962-4090

Dated: October 26, 2016

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

**-vs-**                                                    **Case # 15-20040**

                                                            **HON. JUDITH LEVY**

**LESHOUN BYRD,**

           **Defendant.**
_____/

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 26, 2016, I served a copy of the attached notice upon Carl

Gilmer-Hill, Assistant United States Attorney by filing same electronically.

<u>s/ Steven Fishman</u>
Steven Fishman

-2-