UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

D-2 Leshoun Deandre Byrd,

        Defendant.

_____/

Case No. 15-cr-20040

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

**ORDER GRANTING ORAL MOTION TO DISMISS COUNT II OF INDICTMENT [1]**

On November 7, 2016, the Court held a hearing at which defendant Leshoun Deandre Byrd pleaded guilty to Counts I and III of the indictment. Counsel for the government made an oral motion to dismiss Count II, the last remaining count against defendant. Defense counsel did not object to the motion. For the reasons stated on the record, the Court will GRANT the motion to dismiss Count II.

    IT IS SO ORDERED.

Dated: November 7, 2016      s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 7, 2016.

s/Felicia M. Moses
FELICIA M. MOSES
Case Manager
