# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 15-cr-20040

v.        Judith E. Levy
        United States District Judge

D-2 Leshoun Byrd,

        Mag. Judge Elizabeth A. Stafford

        Defendant.

_____/

## ORDER EXTENDING REPORT DATE

This matter having come before the Court pursuant to Defendant Byrd's request to extend his report date from May 15, 2017 until June 30, 2017, the government having no objection to said motion, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant Byrd's report date be extended from May 15, 2017 until June 30, 2017.  There will be no further extensions.

IT IS SO ORDERED.

Dated: May 5, 2017        s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
        United States District Judge

Approved as to substance and form:

s/ Steven Fishman
Steven Fishman
Attorney for Defendant

s/ Carl Gilmer-Hill , AUSA (w/ permission)
United States Attorney's Office

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 5, 2017.

s/Felicia M. Moses
FELICIA M. MOSES
Case Manager
