## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

United States of America,

              Plaintiff,      Case No. 15-20040-2

v.                                Judith E. Levy
                                United States District Judge

Leshoun Deandre Byrd,

              Defendant.

_____/

### ORDER DENYING MOTION FOR COMPASSIONATE RELEASE [270]

This case is before the Court on Defendant Leshoun Deandre Byrd's motion for compassionate release. (ECF No. 270.) On January 7, 2021, a hearing was held by video conference and oral argument was heard. For the reasons set forth on the record, Defendant's motion is DENIED.

IT IS SO ORDERED.

Dated: January 8, 2021        s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                                      United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 8, 2021.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
